**JENNIFER L. COON**
California State Bar No. 203913
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Jennifer_Coon@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE NITA L. STORMES)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08MJ1367 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| RAFAEL NAVARRO, ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: May 6, 2008                              /s/ *JENNIFER L. COON*
                                                               Federal Defenders of San Diego, Inc.
                                                               Attorneys for Defendant
                                                               Jennifer_Coon@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: May 6, 2008                                    /s/ *JENNIFER L. COON*
                                                     Federal Defenders of San Diego, Inc.
                                                     225 Broadway, Suite 900
                                                     San Diego, CA  92101-5030
                                                     (619) 234-8467  (tel)
                                                     (619) 687-2666  (fax)
                                                     Jennifer_Coon@fd.org (email)